IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                CASE NO: 08-51607

CHARNELLE Y. GILNER            CHAPTER 7

         Debtor(s)                HON. MARILYN SHEA-STONUM
                                                  BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| | | |
|---|---|---|
| Claim #2 | Chase Bank USA, NA<br>PO Box 100018<br>Kennesaw, GA 30156-9104 | $182.12 |
| Claim #16 | Alltel Communications<br>1 Allied Dr., Building 5<br>Little Rock, AR 72202 | $11.60 |

$193.72

2. Your trustee's check for $193.72 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: April 14, 2010

                                       Marc P. Gertz, #0003808
                                       Chapter 7 Trustee
                                       Goldman & Rosen, Ltd.
                                       11 S. Forge St.
                                       Akron, OH 44304
Ck # 1018                            Phone: 330.376.8336
Receipt # 81410                Fax: 330.376.2522
                                       mpgertz@goldman-rosen.com